# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FARMOBILE LLC,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS EDGE INC. AND FARMERS EDGE (US) INC.<br><br>Defendants. | Civil Action No. 2:21-cv-00411-JRG<br><br>JURY TRIAL REQUESTED |

**ORDER GRANTING DEFENDANTS FARMERS EDGE INC. AND FARMERS EDGE (US) INC.'S MOTION TO TRANSFER TO THE DISTRICT OF NEBRASKA**

Pending before the Court is Defendants Farmers Edge Inc. and Farmers Edge (US) Inc.'s Motion to Transfer Pursuant to 28 U.S.C. § 1404(a). This Court having considered Defendants' Motion, any opposition filed by Plaintiff Farmobile Inc., all other briefing, and arguments of counsel, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED. Judgment is HEREBY ENTERED that Farmobile's causes of actions against Defendants Farmers Edge (US) Inc. and Farmers Edge, Inc. are TRANSFERRED to the District of Nebraska.